## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODERICK HICKMAN** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| | * | |
| **GREAT WEST CASUALTY COMPANY,** | * | **MAGISTRATE:** |
| **HIRSCHBACH MOTOR LINES, INC.,** | * | |
| **and SAMUEL TAYLOR** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

TO:  **Honorable William W. Blevins**　　　Plaintiff, Roderick Hickman
　　　Clerk of Court　　　　　　　　　　　　**Through his attorneys of record,**
　　　United States District Court　　　　　**Brian King, Esq.**
　　　Eastern District of Louisiana　　　　　**Jason F. Giles, Esq.**
　　　500 Poydras Street, Room C151　　　**Anthony J. Milazzo, III, Esq.**
　　　New Orleans, Louisiana  70130　　　The King Firm, LLC
　　　　　　　　　　　　　　　　　　　　　2912 Canal Street
　　　　　　　　　　　　　　　　　　　　　New Orleans, LA  70119
　　　　　　　　　　　　　　　　　　　　　Telephone: (504) 909-5464

　　　Pursuant to the provisions of 28 U.S.C. § 1446, you are hereby notified the attached Complaint for Removal of the above titled and numbered civil action has been filed in the United States District Court for the Eastern District of Louisiana, and a copy thereof has been filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, effecting the removal of these proceedings.

1

Respectfully submitted:

**WAGAR RICHARD KUTCHER TYGIER　& LUMINAIS, LLP**

BY:    *s/ Bradley J. Luminais, Jr.*
**BRADLEY J. LUMINAIS, JR. (#28663)**
**HEATHER W. BLACKBURN (# 26749)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone (504) 830-3838
Facsimile (504) 836-9540
*Attorneys for Defendants, Great West Casualty Company and Hirschbach Motor Lines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  I further certify that I have sent the foregoing document via electronic mail, facsimile, and/or mailed by first-class mail (postage prepaid) to all known non-CM/ECF participants.

  *s/ Bradley J. Luminais, Jr.*
**BRADLEY J. LUMINAIS, JR.**