CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2017-7154　　　　　　　　　　　　　　　　DIVISION "G-11"

RODERICK HICKMAN

VERSUS

GREAT WEST CASUALTY COMPANY, HIRSCHBACH MOTOR LINES, INC., and SAMUEL TAYLOR

FILED: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of RODERICK HICKMAN, a person of the full age of majority and resident of St. Tammany Parish, respectfully represents:

1.

Defendants are:

GREAT WEST CASUALTY COMPANY, a domestic / foreign insurer licensed to and doing business in the State of Louisiana;

HIRSCHBACH MOTOR LINES, INC., a domestic / foreign corporation licensed to and doing business in the State of Louisiana; and

SAMUEL TAYLOR, a person of the full age of majority and resident of Mercer County, West Virginia.

2.

Defendants are liable and indebted to Plaintiff for such damages as are reasonable in the premises, including property damage, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following:

EXHIBIT 1

1

3.

On or about September 1, 2016, an accident occurred on Old Gentilly Road near Desire Parkway in New Orleans. A vehicle owned by Brandon Batiste and occupied by Plaintiff RODERICK HICKMAN was lawfully traveling Westbound on Old Gentilly Road in the leftmost lane of travel. A vehicle operated by Defendant SAMUEL TAYLOR was traveling Westbound on Old Gentilly Road in the rightmost lane of travel. SAMUEL TAYLOR negligently made a wide right turn, infringed on the center lane, and struck the vehicle occupied by Plaintiff, causing him severe and disabling injuries.

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the Defendant, SAMUEL TAYLOR, which is attributed to but not limited to the following non-exclusive particulars:

a) Failure to see what a reasonable driver should have seen;

b) Failure to keep a good and careful lookout;

c) Failure to maintain reasonable and proper control while operating the vehicle;

d) Driving at a speed greater than was reasonable and prudent under the circumstances;

e) Operating the vehicle in a careless and reckless manner without regard for the safety of others;

f) Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendant, Plaintiff suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in the premises.

6.

At all relevant times, GREAT WEST CASUALTY COMPANY provided a policy of liability insurance on the vehicle owned by Defendant HIRSCHBACH MOTOR LINES, INC. and operated by Defendant SAMUEL TAYLOR, on the date of this accident, which provided coverage for the type of loss sued upon, thus rendering GREAT WEST CASUALTY COMPANY, liable to Petitioner with the other named Defendants.

7.

On information and belief, at all relevant times SAMUEL TAYLOR was acting in the course and scope of employment with HIRSCHBACH MOTOR LINES, INC., or acting on a mission or errand or on behalf of HIRSCHBACH MOTOR LINES, INC., thus rendering HIRSCHBACH MOTOR LINES, INC. liable to Plaintiff along with all other named Defendants.

Therefore, Petitioner prays that Defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment in favor of Petitioner and against the Defendants, jointly and in solido in amounts as are reasonable in the premises, including but not limited to, past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, rental expenses, property damage, loss of use and/or depreciation of vehicle, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, permanent disability of the body, loss of consortium, loss of enjoyment of life, and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner prays for all general and equitable relief.

Respectfully submitted:

Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
Anthony J. Milazzo, III, La. Bar #29631
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470
E-mail: bking@kinginjuryfirm.com

PLEASE SERVE:

SAMUEL TAYLOR
Through The Louisiana Long-Arm Statute:
661 Pine Branch Pl.
Princeton, WV 24739

HIRSCHBACH MOTOR LINES, INC.
Through The Louisiana Long-Arm Statute:
270 East Grant St.
Blair, NE 68008
and
Through The Louisiana Long Arm-Statute:
Through Its Agent For Service:
Brian R. Kohlwes
18355 US Highway 20 W
East Dubuque, IL 61025

GREAT WEST CASUALTY COMPANY
Through Its Registered Agent For Service:
The Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809