UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODERICK HICKMAN** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| | * | |
| **GREAT WEST CASUALTY COMPANY,** | * | **MAGISTRATE:** |
| **HIRSCHBACH MOTOR LINES, INC.,** | * | |
| **and SAMUEL TAYLOR** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF FILING OF STATE COURT RECORD**

Pursuant to the provisions of 28 U.S.C. § 1447(B), copies of the foregoing pleadings in the state court proceeding titled, "Roderick Hickman versus Great West Casualty Company, Hirschbach Motor Lines, Inc., and Samuel Taylor," bearing number 2017-7754, Division G-11, pending in the Civil District Court for Orleans Parish, State of Louisiana, are hereby submitted for filing into the record of these proceedings:

1. Petition for Damages.

Respectfully submitted:

**WAGAR RICHARD KUTCHER TYGIER & LUMINAIS, LLP**

BY: _s/ Bradley J. Luminais, Jr._
**BRADLEY J. LUMINAIS, JR. (#28663)**
**HEATHER W. BLACKBURN (# 26749)**
Two Lakeway Center
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone (504) 830-3838
Facsimile (504) 836-9540
*Attorneys for Defendants, Great West Casualty Company and Hirschbach Motor lines, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that I have sent the foregoing document via electronic mail, facsimile, and/or mailed by first-class mail (postage prepaid) to all known non-CM/ECF participants.

                                           *s/ Bradley J. Luminais, Jr.*
                                           **BRADLEY J. LUMINAIS, JR.**