UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Roderick Hickman | * | Civil Action No. 2:17-cv-08699 |
| Versus | * | Judge Milazzo |
| Great West Casualty Company et al | * | Magistrate Judge van Meerveld |

*************************************************************************

## PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Plaintiff supplements and amends his original complaint, as follows:

**I.**

By here adopting and incorporating by reference, and re-averring, all allegations of the original complaint as to all defendants.

**II.**

By adding the following additional defendants:

**BRANDON BATISTE**, a person of the full age of majority and resident of the State of Louisiana; and

**PROGRESSIVE SECURITY INSURANCE COMPANY**, a domestic / foreign insurance company, licensed to do and doing business in the state of Louisiana.

**III.**

By adding the following paragraphs to the original complaint:

3.A.

*In the alternative to paragraph 3*: the accident occurred because Brandon Batiste negligently crossed into the lane occupied by Samuel Taylor, striking the vehicle operated by Samuel Taylor and causing injury to Plaintiff.

4.A.

*In the alternative to paragraph 4*: The sole and proximate cause of the above referenced accident was the negligence and fault of the Defendant, **Brandon Batiste**, which is attributed to but not limited to the following non-exclusive particulars:

a) Failure to see what a reasonable driver should have seen;

b) Failure to keep a good and careful lookout;

c) Failure to maintain reasonable and proper control while operating the vehicle;

d) Driving at a speed greater than was reasonable and prudent under the circumstances;

e) Operating the vehicle in a careless and reckless manner without regard for the safety of others;

f) Any and all other acts of negligence which may be proven at the trial of this matter.

8.

At all relevant times, **PROGRESSIVE SECURITY INSURANCE COMPANY** provided a policy of liability insurance on the vehicle operated by **BRANDON BATISTE**, on the date of this accident, which provided coverage for the type of loss sued upon, thus rendering **PROGRESSIVE SECURITY INSURANCE COMPANY**, liable to Petitioner with the other named Defendants.

Plaintiff further prays for all general and equitable relief, and all relief prayed for in the original Complaint.

Respectfully submitted:

/s/ Brian King

Brian King, La. Bar #24817
Jason F. Giles, La. Bar #29211
The King Firm, LLC
2912 Canal Street
New Orleans, LA 70119
Phone 504-909-5464
Fax 800-901-6470
E-mail: bking@kinginjuryfirm.com
Counsel for plaintiff, Roderick Hickman

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this pleading with this Court's CM/ECF system, which will send notice of filing to all counsel of record, on November 30, 2017.

/s/ Brian King

Brian King

3