UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS  500 POYDRAS ST., ROOM C-151
CLERK  NEW ORLEANS, LA  70130

February 16, 2018

Clerk
Civil District Court
Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198

RE: Roderick Hickman
v.
Great West Casualty Company et al
Civil Action No. 17-8699 "H"(1)
Your No. 17-07754 G(11)

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on February 16, 2018 remanding the above-entitled case to your court.

Very truly yours,

WILLIAM W. BLEVINS, CLERK

By: _Eric Mouledoux_
Deputy Clerk

Enclosure